AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
EASTERN DISTRICT OF WISCONSIN

CAROLINE GUZMAN,

        Plaintiff(s),

        v.

BROWN COUNTY,

        Defendant(s).

**JUDGMENT IN A CIVIL CASE**
Case No. 15-C-215

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict

☒ **Decision by Court.** This action came before the Court for consideration.

    **IT IS HEREBY ORDERED AND ADJUDGED** that Caroline Guzman takes nothing and this action is dismissed.

Approved:     s/ William C. Griesbach
                    William C. Griesbach, Chief Judge
                    United States District Court

Dated: September 1, 2016

                    JON W. SANFILIPPO
                    Clerk of Court

                    s/ Terri Lynn Ficek
                    (By) Deputy Clerk